# EXHIBIT A
## Case No. 2-25-cv-0129
## Notice of Removal

FILED IN U.S. DISTRICT COURT
DISTRICT OF UTAH

NOV 10 2025

GARY P. SEDAR
CLERK OF COURT

BY_____
DEPUTY CLERK

Filed by:
Ms. Kylie M Eliason, Trustee and Beneficiary
Ms. Brittnie L Eliason, Beneficiary
634 Ridge Top Lane
North Salt Lake, Utah 84054
801-949-0080
Britz.eliason@gmail.com
  Plaintiffs are Represented "Pro Se"

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH – CENTRAL DIVISION

### Court Address: 351 S. West Temple, SLC Utah 84111

| | |
|---|---|
| **KYLIE M ELIASON, TRUSTEE, AND BENEFICIARY and BRITTNIE L ELIASON, BENEFICIARY**<br><br>et al<br><br>_____<br>Defendants/ Counter Plaintiffs<br><br>v.<br><br>**CRAIG MCCULLOUGH, GREG MOESINGER, CHRIS HILL, KIRTON MCCONKIE**<br><br>et al.<br><br>_____<br>Plaintiffs/Counter Defendants | **NOTICE OF REMOVAL**<br><br>(28 U.S.C. §§ 1331, 1441, 1446)<br><br>Case: 2:25-cv-01029<br>Assigned To : Bennett, Jared C.<br>Assign. Date : 11/10/2025<br>Description: McCullough et al v. Eliason et al<br><br><br><br>**Case No.**<br><br>**Judge:**<br><br>**Magistrate:** |

**\*Relates to State cases #253901412, #250908740, #250908727**

1

# NOTICE OF REMOVAL

*(28 U.S.C. §§ 1331, 1441, 1446)*

## 1. Parties and Proceedings Below

Defendants and Counter-Plaintiffs **Kylie Eliason, Brittnie Eliason, Brett L. Eliason,** and **Véronique Eliason** (Trustee) hereby remove to this Court three related civil actions presently pending in the State of Utah:

- **Case No. 25-0908740 –** *Lisa Stephens et al. v. Brett L. Eliason et al.* (Third Judicial District Court, Salt Lake County, Judge Laura Scott);
- **Case No. 25-0908___ –** *Craig McCullough et al. v. Brett L. Eliason et al.* (Third Judicial District Court, Salt Lake County, Judge Todd M. Shaughnessy); and
- **Case No. 253901412 –** *In re Estate of Max and Joyce Eliason* (Probate Division, Judge Coral Sanchez).

These cases arise from the same nucleus of facts—the creation, manipulation, and administration of the Eliason family trusts and estate, the alleged conflicts of interest by attorneys at Kirton McConkie, and subsequent retaliatory filings against the Eliason family. The matters are interrelated and concern overlapping parties, witnesses, and documents. Removal of all three actions together promotes judicial economy and consistency under **28 U.S.C. §§ 1331, 1441, and 1446.**

## 2. Basis for Federal Jurisdiction

This Court has original jurisdiction under **28 U.S.C. § 1331** because the Counter-Complaint raises substantial federal questions arising under:

1. **42 U.S.C. §§ 1983 and 1985** — Deprivation of civil rights and conspiracy under color of state law;

2

2. **The First and Fourteenth Amendments** — Retaliation for protected speech, denial of due process, and unequal application of the law; and

3. **18 U.S.C. § 1962 et seq. (RICO)** — Pattern of racketeering activity including mail and wire fraud, financial manipulation, and concealment of trust assets.

These provisions create an independent basis for federal jurisdiction apart from any state-law claims.

## 3. Timeliness and Venue

This Notice is filed within thirty (30) days of receipt of the latest state-court complaints, as required by **28 U.S.C. § 1446(b)**. Venue is proper in this District and Division because all three cases originated in Salt Lake County, Utah.

## 4. Attachments and Exhibits

Pursuant to **28 U.S.C. § 1446(a)**, true and correct copies of all pleadings, process, and orders served upon the Removing Defendants in each of the related state-court cases are attached as exhibits and incorporated herein by reference:

**Exhibit 1 – State-Court File (Stephens v. Eliason, Case No. 250908740)**

Complaint, Summons, and any pleadings or minute entries filed before removal in the Third Judicial District Court, Salt Lake County, before Judge Laura Scott.

**Exhibit 2 – State-Court File (McCullough v. Eliason, Case No. 250908727)**

Complaint, Summons, and any pleadings or minute entries filed before removal in the Third Judicial District Court, Salt Lake County, before Judge Todd M. Shaughnessy.

3

**Exhibit 3 – Probate Case File (In re Estate of Max and Joyce Eliason, Case No. 253901412)** Copies of relevant pleadings, docket entries, and orders before Judge Coral Sanchez in the Probate Division of the Third Judicial District Court. This case involves the same trust instruments, assets, and fiduciary relationships as the above-captioned civil matters and directly affects the rights of Counter-Plaintiffs Kylie and Brittnie Eliason as beneficiaries.

**Exhibit 4 – Defendants' Response and Verified Counter-Complaint (Stephen's case)** Filed or prepared for filing concurrently with this Notice of Removal.

**Exhibit 5 – Defendants' Response and Verified Counter-Complaint (McCullough case)** Filed or prepared for filing concurrently with this Notice of Removal.

**Exhibit 6 – Consolidated Exhibit Packet (A–P)**

Comprehensive supporting documentation referenced in the Counter-Complaints, including attorney-filed complaints (2019 and 2023), subpoenas, correspondence, trust documents, and other evidentiary materials.

## 5. Notice to State Court

A true and correct copy of this Notice of Removal will be promptly filed with the Clerk of the Third Judicial District Court, Salt Lake County, Utah, and served upon all adverse parties, in accordance with **28 U.S.C. § 1446(d)**.

4

## 6. Prayer for Relief

WHEREFORE, Defendants and Counter-Plaintiffs respectfully request that the above-captioned actions be removed to the United States District Court for the District of Utah, Central Division; that all further proceedings in the Utah state courts be stayed; and that this Court grant such other and further relief as it deems just and proper.

DATED: November 10ᵗʰ , 2025
Salt Lake City, Utah

```
Respectfully submitted,


_____
KYLIE M. ELIASON
Co-Defendant / Co-Counter-Plaintiff
Filed on behalf of all Removing Defendants


_____
BRITTNIE L. ELIASON
Co-Defendant / Co-Counter-Plaintiff


_____
BRETT L. ELIASON
Defendant / Counter-Plaintiff (appearing through co-parties)


_____
VÉRONIQUE ELIASON
Trustee / Co-Counter-Plaintiff
```

5